IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MELISSA WALDRON,

          Plaintiff,          ORDER

    v.          14-cv-456-jdp

CAROLYN W. COLVIN,
Acting Commissioner, Social Security
Administration,

          Defendant.

---

Plaintiff Melissa Waldron has filed a complaint seeking judicial review of an adverse decision by the Social Security Administration. To date, plaintiff has neither paid the filing fee nor submitted a properly supported application for leave to proceed *in forma pauperis*. The clerk's office has twice directed plaintiff to correct this deficiency. The record reflects that plaintiff has disregarded both notices. Accordingly, plaintiff is directed to show cause within ten days why this case should not be dismissed for want of prosecution pursuant to Fed. R. Civ. P. 41(b).

ORDER

IT IS ORDERED that:

1. Within ten days of the date of this order, plaintiff Melissa Waldron must SHOW CAUSE why this case should not be DISMISSED for want of prosecution.

2. If plaintiff fails to respond as directed within the time allowed, this case will be dismissed without further notice pursuant to Fed. R. Civ. P. 41(b).

Entered this 29th day of July, 2014.

                            BY THE COURT:
                            /s/
                            JAMES D. PETERSON
                            District Judge